UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEON COLEMAN,
    Plaintiff,

vs.                                          Case No.:  3:22cv23461/MCR/ZCB

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a former inmate of the Escambia County Jail proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1).  On November 21, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis*, assessed an initial partial filing fee (IPFF) of $26.20, and ordered Plaintiff to pay the IPFF within thirty days. (Doc. 4).  The Court notified Plaintiff that failure to pay the IPFF may result in a recommendation of dismissal of the case. (*Id.* at 3).

Plaintiff did not pay the IPFF within the time allowed.  Therefore, on January 5, 2023, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the Court.  (Doc. 5). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case.  (*Id.*).

1

The Court sent the show cause order to Plaintiff at his record address, the Escambia County Jail. On January 30, 2023, the Jail returned the order to the Court labeled as "Return to Sender, Not Deliverable as Addressed, Unable to Forward." (Doc. 6). The Clerk of Court found an institutional address for Plaintiff through the Florida Department of Corrections' inmate locator and forwarded the returned mail with a Notice of Returned Mail to that address as a one-time courtesy. (Doc. 6-1). The Clerk reminded Plaintiff that he must maintain an up-to-date mailing address in this case and promptly notify the Court of any change by filing a Notice of Change of Address form. (*See id.*). The Clerk also notified Plaintiff that future returned mail would not be forwarded to his FDOC or any other address unless he filed a Notice of Change of Address. (*Id.*).

The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the IPFF, responded to the show cause order, or updated his address. Dismissal of the case without prejudice is an appropriate sanction for Plaintiff's non-compliance. *See* N.D. Fla. Loc. R. 41.1 (stating that the Court may "dismiss a claim, enter a default on a claim, [and] take other appropriate action" when a party fails to comply with a court order); *see also, e.g., Gilbert v. Daniels*, 725 F. App'x 789, 792 (11th Cir. 2018) (affirming dismissal when the plaintiff's failure to receive and comply with a court order was a result of the plaintiff's failure to keep the court apprised of his current address); *McDowell v. Ham*, No.

5:09cv31/MCR/MD, 2010 WL 1417723, at *2 (N.D. Fla. Mar. 3, 2010), *report and recommendation adopted*, 2010 WL 1417720 (N.D. Fla. Apr. 7, 2010) (dismissing case because Plaintiff had been on notice of his duty to advise the court of any change in his mailing address and had failed to do so).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court and failure to keep the Court apprised of his current address.

At Pensacola, Florida, this 27th day of February 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**